AO 442 (Rev. 01/09) Arrest Warrant

1626993

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 4:42
RECEIVED AUG 2 '23

United States of America
v.

STEFFON FRAZIER

*Defendant*

) Case: 1:23-cr-00255
) Assigned To : Jackson, Amy Berman
) Assign. Date : 8/1/2023
) Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **STEFFON FRAZIER**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year)

Date: 08/1/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.08.01 17:10:05 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/02/2023, and the person was arrested on *(date)* 8/24/2023 at *(city and state)* Washington DC.

Date: 8/24/2023

Alex Adkins DUSM
*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*